## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SAMUEL PEACOCK, *on behalf of himself and those similarly situated,* )<br><br>Plaintiff, )<br><br>v. )<br><br>FIRST ORDER PIZZA, LLC, TY TURNER, JAMES HOLMES, DOE CORPORATION 1-10, and JOHN DOE 1-10, )<br><br>Defendants. ) | Case No.: 2:22-cv-02315-SHM-tmp |

---

### Order Granting Joint Motion for Additional Pages and Reply

---

Before the Court is the Parties' Joint Motion for Additional Pages and Reply. (ECF No. 23.) For good cause shown, the Motion is GRANTED. Plaintiff is permitted to file a Response in Opposition to Defendants' Motion to Dismiss and Compel Arbitration of up to 50 pages. Defendants are permitted to file a Reply in Support of Defendants' Motion to Dismiss and Compel Arbitration of up to 30 pages.

IT IS SO ORDERED on this, the 18th day of July, 2022.

 /s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

1