**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**SAMUEL PEACOCK,** *on behalf of*
*himself and those similarly*
*situated*,

      **Plaintiff,**

**v.**                                                   **No. 2:22-cv-2315-SHM-tmp**

**FIRST ORDER PIZZA, LLC,**
**TY TURNER, JAMES HOLMES,**
**DOE CORPORATION 1-10, and**
**JOHN DOE 1-10,**

      **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on March 24, 2023.


**APPROVED:**

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


March 24, 2023                              WENDY R. OLIVER
DATE                                       CLERK

                                        */s/ Jairo Mendez*
                                        (By) DEPUTY CLERK